RECEIVED
IN ALEXANDRIA, LA.

MAR 0 2 2010

TONY A. MOORE CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **MARK KELLEY (DOC.# 304395)** | **DOCKET NO: 09-CV-1914; SEC. P** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **JOHN LEMOINES, ET AL.** | **MAGISTRATE JUDGE JAMES D. KIRK** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Petitioner's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 2nd day of March, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE